NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MILLENNIUM DENTAL TECHNOLOGIES, INC.,**
*Plaintiff-Appellant,*

v.

**FOTONA D.D.,**
*Defendant-Appellee.*

---

2010-1428

---

Appeal from the United States District Court for the Central District of California in case no. 09-CV-1792, Judge Manuel L. Real.

---

Before LINN, *Circuit Judge.*

## ORDER

Millennium Dental Technologies, Inc. submits a motion to stay the district court's order that required Millennium to draft and sign a settlement agreement and to direct the district court to stay its contempt proceedings.

Upon consideration thereof,

IT IS ORDERED THAT:

Fotona d.d. is directed to respond to the motion no later than February 4, 2011. The district court's order

directing the appellant to draft and sign a settlement agreement is temporarily stayed, pending this court's consideration of the papers submitted. The district court should hold in abeyance its contempt proceedings, pending this court's ruling on the motion to stay.

FOR THE COURT

__JAN 3 1 2011__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: James S. Azadian, Esq.
     Philip J. Graves, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 3 1 2011

JAN HORBALY
CLERK